SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
**FABIAN LIMAS**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FABIAN LIMAS**,<br><br>Plaintiff,<br><br>vs.<br><br>1-800 FIX WHEELS, INC.; ELECTROLUZ, LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:26-cv-04300-JLS-SKx**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff FABIAN LIMAS ("Plaintiff") and Defendant 1-800 FIX WHEELS, INC.; ELECTROLUZ, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

STIPULATION OF DISMISSAL

Respectfully submitted,

DATED:  May 20, 2026          SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
          Jason J. Kim
          Attorneys for Plaintiff
          FABIAN LIMAS


DATED:  May 20, 2026


By:    /s/  Dan Tudor Danet
          Dan Tudor Danet, Esq.
          Attorneys for Defendant
          1-800 FIX WHEELS, INC.; ELECTROLUZ, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  May 20, 2026                    By:  /s/ Jason J. Kim
                                                  Jason J. Kim

-2-

STIPULATION OF DISMISSAL